622

393 A.2d 1289

Hillegas, Appellant, v. Hillegas.

Argued April 11, 1978. Thomas W. Kuster, for appellant; Herman M. Rodgers, with him Rodgers, Marks & Perfilio, for appellee.

Order affirmed.

393 A.2d 1289

Holmes Appeal.

Argued April 17, 1978. David Heinlein, with him Arnold M. Epstein, for appellants; L. Tabakin, Assistant County Solicitor, with him Alexander J. Jaffurs, County Solicitor, for appellees.

Order affirmed.